UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY  DIVISION

BRIAN FOSTER,                                     )
                                                  )
              Plaintiff,                          )
                                                  )          4:11-cv-118- SEB-WGH
       vs.                                        )
                                                  )
W-TRANSFER, INC., et al.,                         )
                                                  )
              Defendants.                         )

**ENTRY DENYING PLAINTIFF'S MOTION TO REMAND**
(Docket No. 10)

The Court has considered Plaintiff's Motion to Remand, Defendants' response brief, and

Plaintiff's reply.  Having done so, and being duly advised in the premises, we find that Plaintiff's

motion lacks merit and must be denied.

Defendants' removal of this case pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1331 was

proper because Plaintiff's Complaint, on its face, establishes that Plaintiff's right to relief turns on

questions of federal law.  Indeed, Plaintiff's claim of entitlement to wages and benefits prescribed

by the Davis-Bacon Act necessarily raises the question: "Did Plaintiff perform work covered by the

Davis-Bacon Act?" That question can be answered only by interpreting the Davis-Bacon Act, which

is a federal law.  40 U.S.C. § 3141, *et seq*.  It is this federal question, not some anticipated federal

law defense, that gave Defendants the right to remove this action.

Plaintiff's Motion to Remand is accordingly DENIED.

IT IS SO ORDERED.

Date: ___12/07/2011_____

                                        _____
                                        SARAH EVANS BARKER, JUDGE
                                        United States District Court
                                        Southern District of Indiana

Copies to:

George D. Adams
FISHER & PHILLIPS LLP
gadams@laborlawyers.com

Elijah D. Baccus
ALLOTTA FARLEY WICHMAN CO. LPA
ebaccus@afwlaw.com

Marilyn Lee Widman
ALLOTTA FARLEY & WIDMAN
mwidman@afwlaw.com